**Opinion issued June 23, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00619-CV**

————————————

**IN RE ELIZABETH THOMAS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Elizabeth Thomas, acting pro se, filed a petition for writ of mandamus challenging the county court's June 6, 2026 order dismissing her underlying action for failing to obtain prefiling permission after having been declared a vexatious litigant.[1] *See* TEX. CIV. PRAC. & REM CODE §§ 11.102(a), 11.1035(b). Although the

---

[1] The underlying case is *Elizabeth Thomas v. Worth National Title Company, LLC D/B/A McKnight Title, Worth National Insurance Company, and Naga V. Tran*, cause number 1277047, pending in the County Civil Court at Law No. 5 of Harris County, Texas, the Honorable Jermaine Thomas presiding.

mandamus petition is directed at the county court, Relator also challenges the November 16, 2023 order of the 80th District Court of Harris County declaring her a vexatious litigant by asserting that the county court should have disregarded the order.[2] We deny the petition.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.

---

[2] The vexatious litigant order was issued in *James Allen and Allan Haye v. P.C.F. Properties in TX, LLC v. Elizabeth Thomas, James M. Andersen, and JPMorgan Chase Bank, N.A.*, No. 2020-35780 (80th Dist. Ct., Harris County, Tex., Nov. 16, 2023). *See* Office of Court Administration, *List of Vexatious Litigants Subject to a Pre-Filing Order*, https://www.txcourts.gov/judicial-data/vexatious-litgants/ (last visited June 19, 2026).